# Court of Appeals
# of the State of Georgia

ATLANTA, __October 04, 2024__

*The Court of Appeals hereby passes the following order:*

**A25A0419. NUBIYN MZEKEWE v. LESLIE S. SPIVEY et al.**

In this action for trespass, nuisance, and related claims, the trial court granted summary judgment to the defendants in an order entered on February 9, 2024. On Tuesday, March 12, 2024, plaintiff Nubiyn Mzekewe filed a notice of appeal. We lack jurisdiction. A notice of appeal must be filed "within 30 days after entry" of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Mzekewe's notice of appeal was untimely filed 32 days after entry of the February 9 order.[1] Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/04/2024__*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*

---

[1] While Mzekewe asserts in his notice of appeal that the order he seeks to appeal "was not delivered" until February 13, 2024, it was stamped "filed" by the superior court clerk on February 9. See *Sharp v. State*, 183 Ga. App. 641, 642 (1) (360 SE2d 50) (1987) (an order is "entered" for purposes of OCGA § 5-6-38 (a) when "it is reduced to writing, signed by the judge, and filed with the clerk").